IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff,

v. : Case No. 3:18-CR-23(1)

JESUS MAYORGA-GONZALEZ, : JUDGE WALTER H. RICE

    Defendant. :

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Ohio Local Rule 72.2, the Court directs the Clerk of Courts to REFER the above-captioned case to a United States Magistrate Judge for a Report and Recommendations on Defendant's Motion to Correct a Clear Error of Law and to Prevent Manifest Injustice Pursuant to Fed. R. Civ. P. 59(e), Doc. #105.

Date: July 28, 2021

                                                   _____
                                                   WALTER H. RICE
                                                   UNITED STATES DISTRICT JUDGE