IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.           Case No. 3:18cr23(1)

JESUS MAYORGA-GONZALEZ,   JUDGE WALTER H. RICE

   Defendant.

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S REQUEST FOR AN ORDER TO COMPEL MEDICAL ASSISTANCE (DOC. #102)

---

Defendant has sought an order of the Court compelling the Federal Bureau of Prisons to render him adequate medical attention (Doc. #102). Said Motion is OVERRULED as moot.

This Court has made contact with Defendant's Case Manager and a member of the medical office at Defendant's designated institution, FCI Oakdale II, following which he received a call from Mr. Jason Sickler, legal counsel for the Bureau of Prisons.

Mr. Sickler related that Mr. Mayorga-Gonzalez had not, as of December 10, 2021, made any medical complaints/requests at the facility nor was the facility personnel aware of the motion that this Court is addressing herein. Apparently, Mr. Mayorga-Gonzalez had made two purchases of over-the-counter pain medication from the commissary. On December 14, 2021, members of the medical staff at the Institution saw Mr. Mayorga-Gonzalez and reported the following.

  a.  Nothing of significance was discovered during and after the December 14th meeting with the medical staff;

  b.  X-rays did show some fragments in his eyes;

  c.  A CT scan will be performed but there is nothing that is currently emergent;

  d.  Mr. Mayorga-Gonzalez' eyes were dilated and nothing was discovered; and

  e.  Mr. Mayorga-Gonzalez will be scheduled to see an optometrist.

In short, Defendant has received what appears to be a full medical examination, thus, in this Court's opinion, mooting Mr. Mayorga-Gonzalez' motion of June 21, 2021 (Doc. #102).

February 1, 2022         WALTER H. RICE
                 UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Jesus Mayorga-Gonzalez, #48959-308, FCI Oakdale II, P.O. Box 5010, Oakdale, LA 71463
US Marshal