## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,                :        Case No. 3:18-cr-023

-vs-

                                    District Judge Walter H. Rice

JESUS MAYORGA GONZALEZ,          Magistrate Judge Michael R. Merz

        Defendant.             :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 114), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Defendant's Motion to Correct a Clear Error of Law and to Prevent Manifest Injustice Pursuant [sic] to Fed.R.Civ.P. 59(e) (ECF No. 105) be DENIED.  Defendant is DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

April 23, 2024.

                                                     Walter H. Rice
                                             United States District Judge